MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: berdinellalaw@gmail.com
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant,
Paulina Silva Aguilar

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Respondent/Plaintiff,<br>vs.<br>**PAULINA SILVA AGUILAR,**<br>Petitioner/Defendant. | **Case No.: 1:18-CR-00276-NONE**<br><br>**STIPULATION REGARDING A RETURN OF DEFENDANT'S PASSPORTS; ORDER**<br><br>**Date: February 4, 2020** |

## STIPULATION

1. On December 21, 2018, Defendant Paulina Aguilar was Ordered to turn her passport into the clerk's office, and immediately complied. **Passport Number 484742808.**

2. On January 13, 2020 Ms. Aguilar was sentenced by The Hon. Lawrence J. O'Neill to 36 months' probation.

3. In a phone call on Wednesday, January 29, 2020, Counsel was notified by United States Probation Officer Nicole Wright that Ms. Aguilar's passport was still in the vault in the clerk's office and available to give back to her, should the Court so Order the return of the passport to Ms. Aguilar.

4. An email sent by Officer Wright on January 29, 2020 confirmed that the passport was

STIPULATION REGARDING A RETURN OF DEFENDANT'S PASSPORT AND
PROPOSED ORDER
- 1

still there. Officer Wright suggested Counsel prepare a Stipulation and Order for the return of the passport.

5. Ms. Aguilar is a citizen of the United States and should not be considered to be a flight risk.

6. Based on the above, the Parties would so Stipulate and request the Court Order the following:

## **ORDER**

Good Cause Appearing, This Court hereby Orders the Clerk's Office for the United States District Court for the Eastern District of California return Paulina Aguilar's passport to Ms. Aguilar, forthwith.

IT IS SO STIPULATED

Dated February 4, 2020          /s/ KAREN A. ESCOBAR_____
                                KAREN A. ESCOBAR
                                Assistant United States Attorney

Dated February 4, 2020          /s/ MICHAEL W. BERDINELLA_____
                                MICHAEL W. BERDINELLA
                                Counsel for Defendant Paulina Silva-Aguilar

IT IS SO ORDERED.

   Dated:   **February 4, 2020**          _____
                                          UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING A RETURN OF DEFENDANT'S PASSPORT AND
PROPOSED ORDER
- 2